**MESSENGER PUBLISHING CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 9613.

Circuit Court of Appeals, Third Circuit.
Argued June 8, 1948.
Decided June 30, 1948.

Joseph R. Royston, Jr., of Pittsburgh, Pa., for petitioner.

Fred E. Youngman, of Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key and George A. Stinson, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

The decision of the Tax Court finds a rational basis in John Kelley Co. v. Commissioner, 326 U.S. 521, 66 S.Ct. 299, 90 L.Ed. 278. See also Equitable Life Assur. Society v. Commissioner, 321 U.S. 560, 564, 64 S.Ct. 722, 88 L.Ed. 927. Accordingly the decision of the Tax Court will be affirmed.

**In the Matter of the Petition of Luigi PALOMBELLA to be Admitted to Citizenship.**

**UNITED STATES, Appellant, v. Luigi PALOMBELLA.**

No. 9519.

Circuit Court of Appeals, Third Circuit.
Argued April 9, 1948.

Reargued June 23, 1948.
Decided June 28, 1948.

Edward V. Ryan, Asst. U. S. Atty., of Newark, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N. J., on the brief), for appellant.

Samuel J. Davidson, of Hoboken, N. J. (Charles DeFazio, Jr., of Hoboken, N. J., on the brief), for apppellee.

Before BIGGS, MARIS, GOODRICH, McLAUGHLIN, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

The order is affirmed by an equally divided court.